**[NOT FOR PUBLICATION - NOT TO BE CITED AS PRECEDENT]**

# United States Court of Appeals

## For the First Circuit

No. 01-1056

IN RE DEBORAH MILLS AND PETER MILLS,
Debtors,

DEBORAH MILLS, PETER MILLS,
Appellants,

v.

J. SCHWARTZ MOTOR;
Consolidated Defendant-Appellee,

HARMON LAW OFFICE; FEDERAL HOME LOAN MORTGAGE CORP.;
SALEM FIVE CENTS SAVINGS BANK,
Appellees,

TIMOTHY P. SMITH,
Trustee.

─────────────

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

[Hon. Joseph A. DiClerico, Jr., <u>U.S. District Judge</u>]

─────────────

Before

Torruella, <u>Circuit Judge</u>,
Gibson,[*] <u>Senior Circuit Judge</u>,
and Lipez, <u>Circuit Judge</u>.

─────────────

<u>Daniel A. Laufer</u>, on brief for appellants.
<u>David M. Rosen</u>, with whom <u>Harmon Law Offices, P.C.</u> were on brief
for appellees.

─────────────

───────────

[*]  Of the Eighth Circuit, sitting by designation.

**Per Curiam.** The panel affirms the decision of the district court based on the reasoning therein. <u>Mills</u> v. <u>Harmon Law Offices, et al.</u>, Civ. No. 00-109-JD, Op. No. 2000 DNH 227 (D.N.H. Oct. 23, 2000) (order). All motions currently pending regarding appellants' reply brief are denied as moot.